# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAYNE AMMAN

NO. 2024 KW 0126

**APRIL 4, 2024**

---

In Re:  Dayne Amman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-01246.

---

BEFORE:  **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                    JEW
                    EW
                    TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT